Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-09-00147-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Ex Parte **K.M.G.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-07412
Honorable Lori Massey, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed:   May 6, 2009

REVERSED AND RENDERED

The parties have filed a joint motion, stating that they have fully resolved and settled all issues in dispute. They request that the trial court's judgment be reversed, and that this court render judgment in favor of the Texas Department of Public Safety.

The motion is GRANTED. The judgment of the trial court is REVERSED, and judgment is RENDERED in favor of the Texas Department of Public Safety, that K.M.G. is not entitled to

an expunction of records related to her arrest for Possession of Controlled Substance because she was assessed and served a nine-month term of probation as a result of that arrest.

The clerk of this court is directed to issue the mandate in this appeal contemporaneously with the issuance of the court's opinion and judgment.


PER CURIAM